UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHARY H. DAISE, | ) | No. CV 14-8260 FFM |
| Plaintiff, | ) ) | JUDGMENT OF REMAND |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated February 11, 2016.

DATED: February 11, 2016

                                                    /S/ FREDERICK F. MUMM
                                                      FREDERICK F. MUMM
                                             United States Magistrate Judge