IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, KHARY H. DAISE

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KHARY H. DAISE, | ) Case No.: CV 14-8260 FFM |
|  | ) |
| Plaintiff, | ) ORDER |
| vs. | ) AWARDING EAJA FEES |
|  | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|  | ) FREDERICK F. MUMM |
| Defendants. | ) UNITED STATES MAGISTRATE |
|  | ) JUDGE |
|  | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED:    February 29, 2016

/S/ Frederick F. Mumm
FREDERICK F. MUMM
U.S. MAGISTRATE JUDGE